TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






ON MOTION FOR RECONSIDERATION EN BANC








NO. 03-08-00353-CV






Appellant, Cambridge Holdings, Ltd.// Cross-Appellant,

The Cambridge Condominiums Council of Owners


v.


Appellee, The Cambridge Condominiums Council of Owners// Cross-Appellee,

Cambridge Holdings, Ltd.






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. D-1-GN-05-002606, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING





O R D E R

PER CURIAM


 The appellees have filed a motion for reconsideration en banc. The motion is denied.

 It is ordered August 31, 2010. 





Before Chief Justice Jones, Justices Patterson, Puryear, Pemberton, Waldrop and Henson;

 Dissenting Opinion by Justice Henson;

 Chief Justice Jones not participating